

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. |
| RACHEL HARDY (1) | 3-14CR-373-M |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Food Stamp Benefit Fraud
### (Violation of 7 U.S.C. § 2024(b))

Beginning in or around April 8, 2010, through July 31, 2012, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **Rachel Hardy**, did knowingly, use, transfer, acquire, alter and possess benefits of the Department of Agriculture Supplemental Food Stamp Program and its successor, the Nutrition Assistance Program (SNAP), a department and agency of the United States, based upon the submission of false and fraudulent information, and the nondisclosure of material facts, to wit: that **Rachel Hardy** failed to disclose her household composition and ownership of two businesses that generated income during the entire time period, and as a result she obtained benefits from the Department of Agriculture Food Stamp Program and its successor, SNAP, to which the defendant knew she was not entitled, having a value in excess of $5,000.

In violation of 7 U.S.C. § 2024(b).

**Indictment - Page 1**

Count Two
Theft of Federal Public Money
(Violation of 18 U.S.C. § 641)

Beginning in or around April 8, 2010, and continuing through July 31, 2012, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **Rachel Hardy**, did knowingly embezzle, steal, and convert to her own use money and other things of value of the Social Security Administration (SSA), a department and agency of the United States, that is, defendant **Rachel Hardy**, based upon the submission of false and fraudulent information, and the nondisclosure of material facts to the Texas Department of Health and Human Services (TDHHS), the administrators of the Medicaid program, to wit: that **Rachel Hardy** failed to disclose her household composition and ownership of two businesses that generated income during the entire time period, and as a result she obtained Medicaid benefits to which the defendant knew she was not entitled, having a value in excess of $1,000.00.

In violation of 18 U.S.C. § 641.

<u>Count Three</u>
Theft of Educational Funds
(Violation of 20 U.S.C. § 1097(a))

Beginning in or around June 28, 2010, and continuing through May 22, 2013, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Rachel Hardy**, did knowingly and willfully obtain by fraud and false statements, funds, assets, and property provided or insured under Title 20, Chapter 28, Subchapter IV of the United States Code, under the Federal Pell Grant Program and the William D. Ford Federal Direct Loan Program, administered by the Department of Education, a department and agency of the United States, and as a result she obtained funds to which the defendant, **Rachel Hardy** knew she was not eligible for, having a value in excess of $200.

In violation of 20 U.S.C. § 1097(a).

<u>Count Four</u>
Theft of Federal Public Money
(Violation of 18 U.S.C. § 641)

Beginning in or around November 2, 2010, and continuing through December 14, 2011, in the Dallas Division of the Northern District of Texas and elsewhere, defendant, **Rachel Hardy**, did knowingly embezzle, steal, and convert to her own use money and other things of value belonging to the United States Department of Housing and Urban Development (HUD), a department and agency of the United States, based upon the submission of false and fraudulent information, and the nondisclosure of material facts to HUD, to wit: that **Rachel Hardy** failed to disclose her household composition and ownership of two businesses that generated income during the entire time period, and as a result she obtained housing subsidies to which the defendant knew she was not entitled, having a value in excess of $1,000.00.

In violation of 18 U.S.C. § 641.

TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AARON L. WILEY
Assistant United States Attorney
Texas State Bar No. 21467980
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8600
Fax: 214.659.8800
aaron.wiley@usdoj.gov

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

RACHEL HARDY

INDICTMENT

7 U.S.C. § 2024(b)
Food Stamp Benefit Fund

18 U.S.C. § 641
Theft of Federal Public Money

20 U.S.C. § 1097(a)
Theft of Educational Funds

4 Counts

A true bill rendered

DALLAS _____ *signature* FOREPERSON

Filed in open court this _____ day of September, 2014

Custody status: Warrant to Issue

UNITED STATES ~~DISTRICT~~/ MAGISTRATE JUDGE
No Criminal Complaint Pending